Motion Granted; Appeal Dismissed and Memorandum
Opinion filed April 12, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00899-CV

____________

 

BARATTA ENTERPRISES, L.L.C., Appellant

 

V.

 

ROSALBA MENDEZ, ET. AL., Appellee

 



 

On Appeal from the 165th District Court

Harris County, Texas

Trial Court Cause No. 2008-02193

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 10, 2010.  On April 6, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Frost, Jamison, and
McCally.